# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

United States of America,

Plaintiff(s),

v.

James Malone,

Defendant(s).

Case No. 17 C 50069
Judge Frederick J. Kapala

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: James Malone's second or successive motion pursuant to § 2255 is denied pursuant to Rule 4 of the Rules Governming Section 2255 Motions in the District Courts.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Frederick J. Kapala on a motion pursuant to § 2255.

Date: 3/6/2017

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk